U UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61062-CIV-ALTMAN/Hunt

ASTORRIA SASSANO,

> *Plaintiff*,

v.

PETSMART, INC.,

> *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 14]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED as moot**. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record